| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) CHASANOW, DEBORAH K | 2. Court or Organization U.S. DIST. CT. FOR D. OF MD. | 3. Date of Report 5/12/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE-ACTIVE | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ⦿ Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address RM 465A U.S. COURTHOUSE 6500 CHERRYWOOD LANE GREENBELT, MARYLAND 20770 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ |  |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | ▮▮▮▮▮ Qualified Personal Residential Trust |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 3/19/87 | ST. OF MD. - DEFERRED RETIREMENT |
| 2. | FOR 11 YEARS OF SERVICE |

RECEIVED 2005 MAY 17 P 12:43 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | Occasional Sale of Oriental Antiques |
| 2. | | Retirement Income and Salary, State of Maryland Judiciary |
| 3. | | Howard County mediation |
| 4. | | Private mediation |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE   - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHASANOW, DEBORAH K | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (1) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. CHEVY CHASE SAVINGS & LOAN IRA CDs | A | Interest | | | rollover | 04/08 | K | | |
| 2. rollover IRA, Trustar Trustee | | | | | | | | | |
| 3. --Courtland General Money Fund | A | Dividend | K | T | buy | 04/20 | K | | otc |
| 4. --Rayonier Inc. Reit | A | Dividend | J | T | buy | 04/20 | J | | otc |
| 5. --Thornburg Mortgage Inc. | A | Dividend | J | T | buy | 06/10 | J | | otc |
| 6. --Rouse Company | | | | | buy | 04/20 | J | | otc |
| 7. | | | | | sell | 08/23 | K | D | otc |
| 8. UNIMPROVED AGRICULTURAL LAND IN ST. MARY'S COUNTY, MD. | | None | J | W | | | | | |
| AXP STOCK FUND (formerly IDS) | A | Dividend | J | T | | | | | |
| 10. CONSOLIDATED CAPITAL GROWTH FUND | A | Interest | J | T | | | | | |
| 11. Bank of America SAVINGS | A | Interest | K | T | | | | | |
| 12. Bank of America CHECKING | A | Interest | M | T | | | | | |
| 13. Bank of America checking | A | Interest | L | T | | | | | |
| 14. Bank of America SAVINGS | A | Interest | L | T | | | | | |
| 15. RENTAL PROPERTY, GREENBELT, MD. 1/4 INTEREST | D | Rent | L | S | | | | | |
| 16. INSURED MUT. INC. TRUST 93 | | | | | redemption | 3/31 | J | A | maturity |
| 17. TELEFONOS MEX COMMON STOCK | A | Dividend | J | T | | | | | |
| 18. T.ROWE PRICE MD. TAX FREE BOND | A | Distribution | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000
(See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000

2. Value Codes: J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000
(See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000 | P4 = $More than $50,000,000

3. Value Method Codes: Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market
(See Column C2) | U = Book Value | V = Other | W = Estimated

| | | Name of Person Reporting | | Date of Report |
|---|---|---|---|---|
| | | CHASANOW, DEBORAH K | | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. MARYLAND STATE EMPLOYEES CREDIT UNION | A | Interest | J | T | | | | | |
| 20. CORTLAND GOVT MONEY FUND | A | Dividend | K | T | | | | | |
| 21. America Movil SA | A | Dividend | J | T | | | | | |
| 22. FPL Group Inc. | A | Dividend | J | T | | | | | |
| 23. Equitable Life Insurance Policy | B | Dividend | J | T | | | | | |
| 24. Hartford Life Insurance Policy | D | Interest | M | T | | | | | |
| 25. American Funds - SEP IRA | | | | | | | | | |
| 26. --Growth Fund of America | | | | | rollover | 01/12 | | | |
| 27. --Fundamental Ivestors | | | | | rollover | 01/12 | | | |
| 28. --American High-Income Trust | | | | | rollover | 01/12 | | | |
| 29. --The Bond Fund of America | | | | | rollover | 01/12 | | | |
| 30. --Capital World Bond Fund | | | | | rollover | 01/12 | | | |
| 31. --Cortland-General | A | Dividend | K | T | buy | 01/12 | K | | otc |
| 32. --Plum Creek Timber Co. | A | Dividend | K | T | buy | 02/20 | K | | otc |
| 33. --Encana Corp. | A | Dividend | K | T | buy | 02/20 | J | | otc |
| 34. --Weyerhaeuser Company | A | Dividend | K | T | buy | 10/27 | K | | otc |
| 35. --Tupperware Corp | A | Dividend | K | T | buy | 11/26 | K | | otc |
| 36. --ChevronTexaco Corp | A | Dividend | K | T | buy | 03/25 | K | | otc |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1. Income/Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001-$100,000 | B =$1,001-$2,500 G =$100,001-$1,000,000 | C =$2,501-$5,000 H1 =$1,000,001-$5,000,000 | D =$5,001-$15,000 H2 =More than $5,000,000 | E =$15,001-$50,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,000-$500,000 P3 =$25,000,001-$50,000,000 | K =$15,001-$50,000 O =$500,001-$1,000,000 | L =$50,001-$100,000 P1 =$1,000,001-$5,000,000 P4 =$More than $50,000,000 | M =$100,001-$250,000 P2 =$5,000,001-$25,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHASANOW, DEBORAH K | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. --MDU Resources Group Inc. | A | Dividend | K | T | buy | 02/20 | J | | otc |
| 38. Koss Family LLC (48% interest) | G | Distribution | | | liquidated | 12/24 | M | F | |
| 39. Amsouth Bancorp | A | Dividend | J | T | | | | | |
| 40. Duke Energy Corp | A | Dividend | J | T | | | | | |
| 41. New York Live Insurance and Annuity Corporation | A | Interest | J | T | | | | | |
| 42. Phelps Dodge Corp | A | Dividend | K | T | buy | 01/08 | K | | otc |
| 43. Affiliated Computer Services Inc. | A | Dividend | K | T | buy | 03/25 | K | | otc |
| 44. Anadarko Petroleum Corp. | A | Dividend | K | T | buy | 03/25 | K | | otc |
| 45. Brazil Fund | A | Dividend | K | T | buy | 03/25 | J | | otc |
| 46. Cutter and Buck | A | Dividend | K | T | buy | 08/03 | K | | otc |
| 47. | | | | | buy | 10/19 | J | | otc |
| 48. Hewlett Packard Co. | A | Dividend | K | T | buy | 08/12 | K | | otc |
| 49. Ruby Tuesday Inc. | A | Dividend | J | T | buy | 10/19 | J | | otc |
| 50. Apache Corp. | A | Dividend | K | T | buy | 10/27 | K | | otc |
| 51. | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS      (Indicate part of Report.)

Item VII. 15. Full assessed value for tax purposes is $385,900.

Item I. ████████████ Qualified Residential Trust is not for investment. Property in trust is ████████████ personal residence.

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____          Date _May 12, 2005_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544